COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



AMENDED ORDER

Appellate case name:    Sean Michael McGuire v. The State of Texas

Appellate case numbers:  01-14-00240-CR; 01-14-00241-CR

Trial court case numbers: 10-DCR-055898; 11-DCR-057073

Trial court:                240th District Court of Fort Bend County

In trial court cause 10-DCR-055898, appellant timely appealed from a conviction for the offense of murder. In trial court cause 11-DCR-057073, appellant timely appealed from a conviction for the offense of failure to stop and render aid. On May 19, 2014, the trial court clerk filed the clerk's record in appellate cause number 01-14-00240-CR, which did not contain a certification of appellant's right to appeal. On May 21, 2014, the trial court clerk filed the clerk's record in appellate cause number 01-14-00241-CR, which did not contain a certification of appellant's right to appeal. *See* Tex. R. App. P. 25.2(a)(2), 34.5(a)(12); *see also Dears v. State*, 154 S.W.3d 610, 613 (Tex. Crim. App. 2005) ("The court of appeals must dismiss an appeal if a certification showing that the defendant has the right to appeal is not made a part of the appellate record.").

On March 19, 2015, this Court issued notices to the trial court clerk in both causes stating that the certification of appellant's right to appeal was missing from the clerk's records and we directed the trial court clerk to prepare, certify, and file supplemental clerk's records in both causes containing the trial court's certification

of the appellant's right to appeal within 30 days of the notice, or by April 20, 2015. No supplemental clerk's records were filed.

This Court issued an order in cause number 01-14-00240-CR on September 3, 2015, directing the clerk to file a supplemental clerk's record containing the trial court's certification of the defendant's right of appeal, or if appropriate, for the trial court to prepare a certification and file a supplemental clerk's record containing the certification. On September 4, 2015, this Court received a supplemental clerk's record with a notice that the certification of defendant's right of appeal is not part of the record below.

An appeal must be dismissed if a certification showing that the defendant has the right of appeal has not been made part of the record. Tex. R. App. P. 25.2(d); *Dears*, 154 S.W.3d at 613. In connection with this record, pursuant to Tex. R. App. P. 37.1 and 44.4, we order the following:

We direct the trial court, <u>on or before September 21, 2015</u>, to

a) file a supplemental clerk's record in each appellate cause with any existing certification of the defendant's right of appeal with this court, or

b) if an existing certification of the defendant's right of appeal is not part of the records below, the trial court shall prepare a certification of the defendant's right of appeal in each cause and file a supplemental clerk's record in each appellate cause containing the certification of the defendant's right of appeal with this court.

It is so ORDERED.

Judge's signature: /s/ <u>Harvey Brown</u>
               ☒ Acting individually    ☐ Acting for the Court

Date: September 10, 2015